UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA KELLY, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ASHLEY STEWART INC. and KINBOW LLC,<br><br>        Defendants. | CASE NO. 2:25-cv-02094-JNW<br><br>ORDER |

On November 14, 2025, counsel for Defendants, Vanessa S. Power and Jenna M. Poligo of Stoel Rives LLP, moved for leave to withdraw. Dkt. No. 14. There has been no opposition, and the motion is now ripe for consideration. Counsel complied with LCR 83.2(b)(4) by notifying Defendants that as business entities, they must be represented by attorneys or face entry of default if they fail to find substitute counsel. Dkt. No. 14 at 2.

Accordingly, the Court GRANTS the motion. The Court ORDERS Defendants to find substitute counsel by January 6, 2026, or to show cause why they have failed

**ORDER** - 1

to do so. Failure to comply with this Order will result in entry of default against Defendants as to any claims of other parties. *See* LCR 83.2(b)(4).

Dated this 16th day of December, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2